UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRT, LLC<br><br>                      Plaintiff,<br><br>v.<br><br>B2 NETWORKS, INC., B2 TECHNOLOGIES, INC., & ONE MEDIA CORP, INC.<br><br>                      Defendants. | Civil Action No. 5:10-cv-809-FJS-DEP<br><br>**STIPULATION OF DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SPRT, LLC, and Defendants B2 Networks, Inc., B2 Technologies, Inc. and ONE Media Corp, Inc., hereby stipulate to the dismissal, with prejudice, of all claims pending in this action on the basis of a settlement between parties. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

Dated: November 1, 2012

_s/James R. Muldoon_
James R. Muldoon (506772)
Ted H. Williams (102830)
HARRIS BEACH PLLC
333 West Washington Street, Suite 200
Syracuse, New York 13202
Telephone:   (315) 423-7100
Facsimile:   (315) 422-9331

*Attorneys for Plaintiff SPRT, LLC*

_s/ Jim E. Bullock_
Jim E. Bullock (*pro hac vice*, 516512)
Brian Casper (*pro hac vice*, 517419)
CHRISTIANSEN DAVIS BULLOCK LLC
4100 Spring Valley, Suite 450
Dallas, Texas 75244
Telephone: (214) 838-3501
Facsimile: (972) 332-2306

- and -

John D. Cook (511491)
HISCOCK & BARCLAY, LLP
300 South State Street
Syracuse, New York 13202
Telephone:  (315) 425-2885

*Attorneys for Defendants B2Networks, Inc., B2 Technologies, Inc. and ONE Media Corp, Inc.*

256472 1916514v1

SO ORDERED.
Syracuse, New York
November 2, 2012

By: _____
Hon. Frederick J. Scullin, Jr.
Senior U.S. District Court Judge

256472 1916514v1